Carol Kinsley

███████

Bluffton, SC 29910

The Honorable Judge Harvey E. Schlesinger

U.S. District Court, Middle Division of Florida

Jacksonville Division

300 North Hogan Street

Jacksonville, Florida 32202

Dear Judge Schlesinger,

I am writing this letter to provide the court with additional information for Evan Sims for his upcoming sentencing hearing and I hope it will be helpful to you, Judge Schlesinger.

My name is Carol Kinsley, and I am a 65-year-old retired widow. I spent more than 40 years in the food and beverage and hospitality industry, prior to my retirement in July of 2020, after losing my husband Jeff, who was the love of my life for 23 years. I am also Evan Sims' mother.

I am aware that Evan has pleaded guilty to a federal charge which not only disappointed me but hurt me deeply. At 41 years of age, Evan certainly knows better, and I was upset to learn of his behavior and subsequent arrest. Although, I do believe it was the right course of action.

Evan is an admitted alcoholic, and I wholeheartedly believe, if he was sober on that aircraft, his behavior would have been much different, and we would not be where we are today.

Evan has not contacted me since his arrest last December, because I am certain he did not want to disappoint me by informing me of his arrest. Evan is genuinely an intelligent, thoughtful, articulate and respectful man, and we have always had a loving relationship.

Evan came to stay with me at our home in South Carolina for 5 months last year, where he was employed full time and made more than a good wage. He was very helpful around the home and offered me some money weekly to assist me with our expenses. However, his drinking became a problem, and I was forced to ask him to leave.

When Evan does not drink hard liquor, he is a wonderful person and an asset to the community. However, he cannot stop consuming alcohol. Hopefully, these past 7 months have detoxified him and his desire for hard liquor. I firmly believe, if Evan can abstain from alcohol, he will be an exceptional human being. He always has been when he is not drinking.

Thank you for your time, Your Honor.

Respectfully,

Carol Kinsley

Jazzlyn Jaxzyn

Pawtucket RI, 02861

Dear Honorable Judge Schlesinger,

     I am writing this letter to provide a character reference for the court with additional information about Evan Sims for his upcoming sentencing hearing and hoping it can be helpful. My name is Jazzlyn Jaxzyn. I'm 37 years old from Pawtucket Rhode Island. I am an Outreach & Case manager for a non profit organization. I met Evan about 9 years ago. He was very charismatic, respectful, and opened the door for you kind of gentleman. Very outgoing and social. A very hardworking man. We dated for a year until it blossomed into a relationship that lasted 7 years. Within those years, I've seen and dealt with 2 different Evans. Sober Evan is sweet, kind & loving. An awesome family man. But intoxicated Evan was not. It has always been his downfall even years before we met. I love sober Evan so I saw past it.

     On the night of December 5th, I was on Flight 717 with Evan Sims heading back to Rhode Island from ending our vacation. Once we settled at our gate, we both decided to get food and drinks. I didn't keep tabs on how many drinks Evan had. I did realize he was intoxicated. I honestly thought he would fall asleep on the plane. I, as well as everyone on that flight, was very shocked, infuriated and extremely scared by Evan's action and despicable choice of words on that flight. After 9/11 there are words you don't mention at an airport or on a flight in the sky. I am aware that Evan pleaded guilty to a federal charge and has taken full accountability for his actions.

     Evan has always struggled with alcoholism. Both his parents struggle from it too. I believe Evan has taken accountability for his actions. I believe that Evan Sims is remorseful and has empathy for everyone affected by his behavior on 12/05/2023. I think this was a wake up call. I have high hopes that Evan will make every effort to ensure that he does not repeat them in

the future. I think Evan needs professional help and counseling for his addiction. He is really an outstanding guy when sober.

    Honorable Judge Schlesinger, I want to thank you for taking the time to read this letter. I respectfully request that you take this letter into consideration when making your decision.